B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>151 Milbank, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>46-5469190 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>248 Greenwich Ave.<br>Greenwich, CT<br>ZIP CODE 06830 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Fairfield | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

---
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>151 Millbank, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case)*

**Name of Debtor(s):** 151 Milbank, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X /s/ Thomas J. Farrell
Signature of Attorney for Debtor(s)
Thomas J. Farrell
Printed Name of Attorney for Debtor(s)
Hinckley Allen & Snyder, LLP
Firm Name
20 Church St.
Hartford, CT 06103
Address
860-725-6200
Telephone Number
10/20/15
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Gayle Kibbler Dunne
Signature of Authorized Individual
Gayle Kibbler Dunne
Printed Name of Authorized Individual

_____
Title of Authorized Individual

Date 20th October 2015

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Connecticut

In re  151 MILBANK, LLC                     ,           )   Case No. _____
           Debtor                                        )
                                                         )
                                                         )
                                                         )   Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A                     .

2. The following financial data is the latest available information and refers to the debtor's condition on  10/19/15                .

| | |
|---|---|
| a. Total assets | $ 4,600,000.00 |
| b. Total debts (including debts listed in 2.c., below) | $ 4,399,000.00 |

c. Debt securities held by more than 500 holders:                                    Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |

d. Number of shares of preferred stock                                         0
e. Number of shares common stock                                              0

Comments, if any: _____

3. Brief description of debtor's business:
Debtor is in the business of owning and developing a 4 unit condominium complex known as The Maples on Millbank with a combined floor area of approximately 17,000 square feet located at 151 Milbank Ave. Greenwich, CT

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
John Dunne, Trustee on behalf of minor Individual #1-25%; John Dunne, Trustee on behalf of minor individual #2-25%; John Dunne, Trustee on behalf of minor Individual #3-25%; John Dunne, Trustee on behalf of minor individual #4-25%

## CORPORATE RESOLUTIONS
## ADOPTED BY 151 MILBANK, LLC

The undersigned HEREBY CERTIFIES that (i) I, Gayle Killilea Dunne, am the Manager of 151 MILBANK, LLC, a Connecticut limited liability company with a principal place of business in Connecticut (hereinafter referred to as the "Company"), (ii) the following is a true and correct copy of resolutions adopted by the Company on October 19, 2015(the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or Bylaw or regulation of the Company nor have the Resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date;

RESOLVED, that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter II case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the undersigned, as the Manger of the Company (the "Officer"), shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iv) any and all other documents necessary or appropriate in connection therewith in such form, or forms as the Officer so acting may approve;

FURTHER RESOLVED, that the Company, as Debtor and Debtor in possession under Chapter 11 of the Bankruptcy Code, borrow funds in such amounts, from such lenders and on such terms as may be approved by the Officer as reasonably necessary for the continuing conduct of the affairs of the Company and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Officer in connection with such borrowings;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer so acting hereby are approved;

53609625 v1

FURTHER RESOLVED, that the law firm of Hinckley, Allen & Snyder LLP shall be, and it hereby is, authorized and empowered to represent the Company, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to retain, Hinckley, Allen & Snyder LLP on behalf of the Company, and such other attorneys, financial advisors and accountants as the Officer so acting shall deem appropriate in her or their judgment.

FURTHER RESOLVED, that the Officer shall be authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer so acting shall deem appropriate in her judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of the Officer or any one or more of the members of the Company, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

Dated: October 19, 2015

151 MILBANK, LLC

By: *[signature]*
Gayle Killilea Dunne, Manager
Duly Authorized

-2-

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re __151 Milbank, LLC__
Debtor(s)

Case No. ____
Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4)* Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Becker Glynn Muffly Hosinski C<br>299 Park Ave #1603<br>New York, NY 10171 | Richard Chassin<br>Becker Glynn Muffly Hosinski C<br>299 Park Ave #1603<br>New York, NY 10171 | | Disputed | 200,000.00 |
| Carmody Torrance Sandak Hennes<br>707 Summer Street<br>Stamford, CT 06901 | Peter Nolin<br>Carmody Torrance Sandak Hennes<br>707 Summer Street<br>Stamford, CT 06901 | | Disputed | 100,000.00 |
| GREAT CONSTRUCTION INC.<br>P.O BOX 148<br>Mahopic Falls, NY 10542 | Victor Cukrovany<br>GREAT CONSTRUCTION INC.<br>P.O BOX 148<br>Mahopic Falls, NY 10542 | | Disputed | 53,785.00 |
| SUPER K ELECTRIC LLC<br>109 HAMILTON AVE. #1<br>Stamford, CT 06902 | Attn: Tom<br>SUPER K ELECTRIC LLC<br>109 HAMILTON AVE. #1<br>Stamford, CT 06902 | | Disputed | 39,929.00 |
| SSMPAD<br>239 TANGLEWOOD CT<br>Franklin Lakes, NJ 07415 | Attn: Monir<br>SSMPAD<br>239 TANGLEWOOD CT<br>Franklin Lakes, NJ 07415 | | Disputed | 33,424.00 |
| MASSOLA CONSTRUCTION<br>15 STUART LANE<br>Wayne, NJ 07470 | George Massola<br>MASSOLA CONSTRUCTION<br>15 STUART LANE<br>Wayne, NJ 07470 | | Disputed | 20,897.14 |
| PSG INTERIORS CORP.<br>120 20th ave.<br>Patterson, NJ 07501 | Attn: Sai<br>PSG INTERIORS CORP.<br>120 20th ave.<br>Patterson, NJ 07501 | | Disputed | 14,475.00 |
| W&D DRYWALL<br>1241 IRANISTAN AVE<br>Bridgeport, CT 06605 | Washington Magalhaes<br>W&D DRYWALL<br>1241 IRANISTAN AVE<br>Bridgeport, CT 06605 | | Disputed | 14,338.37 |
| SOUTHPORT ENGINEERING ASSOCIAT<br>11 BAILEY AVE.<br>Ridgefield, CT 06877 | Jennifer Abercrombie<br>SOUTHPORT ENGINEERING ASSOCIAT<br>11 BAILEY AVE.<br>Ridgefield, CT 06877 | | Disputed | 8,341.89 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

* Note: Amounts due pursuant to agreements between general contractor of Debtor and subcontractors are listed as disputed due to the lack of privity between the subcontractor and the Debtor.

B4 (Official Form 4) (12/07) - Cont.

In re   151 Milbank, LLC
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4)* Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IP CONSTRUCTION LLC<br>283 FILLOW STREET<br>Norwalk, CT 06850 | Igor Portisky<br>IP CONSTRUCTION LLC<br>283 FILLOW STREET<br>Norwalk, CT 06850 | | Disputed | 8,330.00 |
| STUDER DESIGN ASSOCIATES INC.<br>27 GOVERNOR STREET<br>2nd floor<br>Ridgefield, CT 06877 | Attn: Dean<br>STUDER DESIGN ASSOCIATES INC.<br>27 GOVERNOR STREET<br>2nd floor<br>Ridgefield, CT 06877 | | Disputed | 7,687.50 |
| ABH PLUMBING & HEATING LLC<br>261 MASARIK AVE.<br>STRATFORD, CT 06615 | Attn: Marco<br>ABH PLUMBING & HEATING LLC<br>261 MASARIK AVE.<br>STRATFORD, CT 06615 | | Disputed | 7,643.00 |
| QUALITY STAIRS<br>70 LOGAN STREET<br>Bridgeport, CT 06607 | QUALITY STAIRS<br>70 LOGAN STREET<br>Bridgeport, CT 06607 | | Disputed | 7,603.30 |
| SOUND VIEW ENGINEERS & LAND SU<br>239 GLENVILLE RD<br>Suite 300<br>Greenwich, CT 06831 | Aidan McCann<br>SOUND VIEW ENGINEERS & LAND SU<br>239 GLENVILLE RD<br>Suite 300<br>Greenwich, CT 06831 | | | 5,250.00 |
| R & V FLOORING SERVICES LLC<br>5 7TH STREET<br>Ansonia, CT 06401 | Rodrigo Batista<br>R & V FLOORING SERVICES LLC<br>5 7TH STREET<br>Ansonia, CT 06401 | | Disputed | 5,000.80 |
| TEMPORARY HEATING<br>8 Railroad Ave.<br>Albany, NY 12205 | Kelly Shaw<br>TEMPORARY HEATING<br>8 Railroad Ave.<br>Albany, NY 12205 | | Disputed | 4,945.28 |
| HEAGNEY LENNON & SLANE<br>248 Greenwich Ave.<br>Greenwich, CT 06836 | Tom Heagney<br>HEAGNEY LENNON & SLANE<br>248 Greenwich Ave.<br>Greenwich, CT 06836 | | Disputed | 4,788.45 |
| Plimpton & Hills Corporation<br>92 RESEARCH DRIVE<br>Stamford, CT 06907 | Plimpton & Hills Corporation<br>92 RESEARCH DRIVE<br>Stamford, CT 06907 | | Disputed | 3,591.70 |
| ALEX ESPOSITO A.I.A ARCHITECTS<br>312 HIGH MEADOW RD.<br>Southport, CT | Alex Esposito<br>ALEX ESPOSITO A.I.A ARCHITECTS<br>312 HIGH MEADOW RD.<br>Southport, CT | | Disputed | 3,064.49 |
| KLAFFS<br>165 WATER STREET<br>Norwalk, CT 06584 | Juan Sanchez<br>KLAFFS<br>165 WATER STREET<br>Norwalk, CT 06584 | | Disputed | 1,817.43 |

* Note: Amounts due pursuant to agreements between general contractor of Debtor and subcontractors are listed as disputed due to the lack of privity between the subcontractor and the Debtor.

B4 (Official Form 4) (12/07) - Cont.
In re  151 Milbank, LLC
         Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  20th Oct 2015        Signature  /s/ Gayle Killilea Dunne
                                      Gayle Killilea Dunne
                                      Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A ROYAL FLUSH
146 Andover St
BRIDGEPORT, CT 06695

CURTIS SPACAVENTO LANDSCAPING
25 WHIPPOORWILL ROAD EAST
Armonk, NY 10504

MJM INDUSTRIES INC.
14 PERRY STREET
Stamford, CT 06902

ABH PLUMBING & HEATING LLC
261 MASARIK AVE.
STRATFORD, CT 06614

Department of Revenue Service
25 Sigourney Street
Hartford, CT 06106

Mountbrook USA LLC
248 Greenwich Avenue
Greenwich, CT 06830

ALEX ESPOSITO A.I.A ARCHITECT
312 HIGH MEADOW RD.
Southport, CT

BBC SECURITY LLC
242 KINGS HIGHWAY CUTOFF
Fairfield, CT 06824

PAULS MARBLE DEPOT
40 WARSHAW PLACE
Stamford, CT 06902

AQUARION WATER COMPANY
PO BOX 10010
Lewiston, MA 04243

GEOSONICS INC
359 NORTHGATE DRIVE
Warrendale, PA 15086

Plimpton & Hills Corpora
92 RESEARCH DRIVE
Stamford, CT 06907

Avant Capital 351 Milbank LLC
108 River Road
Greenwich, CT 06807

CREAT CONSTRUCTION INC.
P.O BOX 148
Mahopic Falls, NY 10542

FSG INTERIORS CORP.
120 20th ave.
Patterson, NJ 07501

Becker Glynn Muffly Hodinski
299 Park Ave #1603
New York, NY 10171

BEAGNEY LENNON & SLANE
248 Greenwich Ave.
Greenwich, CT 06836

QUALITY STAIRS
70 LOGAN STREET
Bridgeport, CT 06607

BYRAM SUPPLY
56 Townsend Street
Port Chester, NY 10573

Internal Revenue Services
14 Cottage Place
Waterbury, CT 06702

R & V FLOORING SERVICES L
5 7TH STREET
Ansonia, CT 06401

Carmody Torrance Sandak Hennes
707 Summer Street
Stamford, CT 06901

BP CONSTRUCTION LLC
283 FILLOW STREET
Norwalk, CT 06850

Richard Coan Trustee
495 Orange St
New Haven, CT 06511

Connecticut PreCast Corp
555 Fan Hill Road
Monroe, CT 06468

KLAFFS
169 WATER STREET
Norwalk, CT 06854

SOUND VIEW ENGINEERS & LS
239 GLENVILLE RD
Suite 300
Greenwich, CT 06831

COUNTRY LUMBER INC.
96 RAILROAD AVE.
Cheshire, CT 06104

MASSOLA CONSTRUCTION
15 STUART LANE
Wayne, NJ 07470

SOUTHPORT ENGINEERING AS
11 BAILEY AVE.
Ridgefield, CT 06877

SSMPAD
239 TANGLEWOOD CT
Franklin Lakes, NJ 07415


STUDER DESIGN ASSOCIATES INC.
27 GOVERNOR STREET
2nd floor
Ridgefield, CT 06877


SUPER X ELECTRIC LLC
109 HAMILTON AVE. #1
Stamford, CT 06902


TEMPORARY HEATING
8 Railroad Ave.
Albany, NY 12205


United State Trustee
266 Church Street
#1103
New Haven, CT 06510


W&D DRYWALL
1241 IRANISTAN AVE
Bridgeport, CT 06605