UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
IN RE:                                  : Chapter 11
                                        :
151 MILBANK, LLC,                       : Case No. 15-51485 (JAM)
                                        :
     Debtor                             : February 15, 2016
------------------------------------------------------------x

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

THOMAS J. SANSONE hereby files this Notice of Appearance and Request for Notice on behalf of **CARMODY TORRANCE SANDAK & HENNESSEY LLP,** a Creditor of Debtor's Estate, and respectfully requests, pursuant to 11 U.S.C. Sec. 1109(b) and Rule 2002 of the Bankruptcy Rules of Procedure, that copies of all pleadings, notices, applications, motions, requests, complaints, and other papers filed, delivered or conveyed in any manner in this proceeding be served upon the undersigned at the address listed below so that he may appear and be heard on its behalf.

_____
Thomas J. Sansone
Federal Bar No. ct00671
Carmody Torrance Sandak & Hennessy LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Telephone: (203) 777-5501
Fax No. (203) 784-3199
E-mail: tsansone@carmodylaw.com

{N5181423}

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------------------------x
IN RE:                                  : Chapter 11
                                        :
151 MILBANK, LLC,                       : Case No. 15-51485 (JAM)
                                        :
       Debtor                           : February 15, 2016
-----------------------------------------------------------x
```

**CERTIFICATION**

    I hereby certify that on February 15, 2016, a copy of the foregoing Notice of Appearance and Request for Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operating of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated:    New Haven, Connecticut
            February 15, 2016

                                              /s/ Thomas J. Sansone
                                              Thomas J. Sansone
                                              Federal Bar No. ct00671
                                              Carmody Torrance Sandak & Hennessey LLP
                                              195 Church Street
                                              P.O. Box 1950
                                              New Haven, CT 06509-1950
                                              Telephone: (203) 777-5501
                                              Fax No. (203) 784-3199
                                              E-mail: tsansone@carmodylaw.com

{N5181423}

## Service List

### Debtor
151 Milbank, LLC
247 Greenwich Avenue
Greenwich, CT 06830


### Debtor's Counsel
Thomas J. Farrell, Esq.
William S. Fish, Esq.
Hinckley Allen and Snyder LLP
20 Church Street
Hartford, CT 06103


### U.S. Trustee
Office of the United States Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

{N5181423}