**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |
|---|---|
| IN RE:                              ) | CHAPTER 11 |
|                                          ) | |
|                                          ) | CASE NO: 15-51485(JAM) |
| 151 MILBANK, LLC           ) | |
|     Debtor-in-Possession  ) | |
|                                          ) | |
| _____) | ECF 242 |

**PROPOSED ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER AUTHORZING EMPLOYMENT OF NRT NEW ENGLAND, LLC D/B/A COLDWELL BANKER RESIDENTIAL BROKERAGE AS EXCLUSIVE REAL ESTATE BROKERLISTING AGENT**

Whereas, the Debtor having filed a Motion for Order of Court authorizing the Debtor to retain NRT New England LLC d/b/a Coldwell Banker Residential Brokerage as the exclusive real estate broker/listing agent for the sale of the Debtor's real property located at 151 Milbank Ave. Greenwich, CT (the Property") and the matter having come before the Court and based upon the Affidavit of Gregg B. Wagner, it appearing that the Coldwell Banker represents and holds no adverse interests to the Debtor-In-Possession or its estate herein upon the matter upon which Coldwell Banker is to be retained, and its employment is necessary and in the best interests of the estate;

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. Pursuant to 11 U.S.C. Sec. 327(a), the Debtor is authorized to retain NRT New England LLC d/b/a Coldwell Banker Residential Brokerage as the exclusive real estate broker/listing agent for the sale of the Debtor's real property located at 151

Milbank Ave. Greenwich, CT (the Property") in accordance with the proposed listing agreement attached to the Motion.

3. NRT New England LLC d/b/a Coldwell Banker Residential Brokerage shall be entitled to a commission in the amount of four percent (4%) of the gross sales price of any unit sold. No commission shall be due unless the sale is fully consummated.

4. Pursuant to 11 U.S.C. Sec. 330 and Sec. 331 NRT New England LLC d/b/a Coldwell Banker Residential Brokerage is directed to apply to this Court for allowance of compensation and approval of expenses in accordance with the applicable provisions of the Bankruptcy Code and the Local Rules of Bankruptcy Procedure.

55730844 v1
55734716 v1